**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN DARYL BURRELL,** | ) | **CASE NO. 1:08CV2044** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | <u>**JUDGMENT ENTRY**</u> |
| | ) | |
| **WILLIAM SESSIONS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**CHRISTOPHER A. BOYKO, J.**</u>:

This Court, having contemporaneously filed its Opinion and Order in this case, therefore orders this action dismissed. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

**DATE: August 29, 2008**

        **S/Christopher A. Boyko**
        **CHRISTOPHER A. BOYKO**
        **United States District Judge**